IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA MCINTYRE,**<br>          **Plaintiffs,**<br><br>          v.<br><br>**HARTFORD UNDERWRITERS**<br>**INSURANCE COMPANY,**<br>          **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 18-4290** |

# O R D E R

**AND NOW**, this 20th day of December, 2018, upon consideration of Plaintiff's Motion to Remand to State Court (ECF No. 4), and Defendant's Opposition thereto (ECF No. 7), **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a response to Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 5) no later than **January 10, 2019**.

BY THE COURT:


/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**